GERI LYNN GREEN (SBN 127709)
LAW OFFICES OF GERI LYNN GREEN, LC
155 Montgomery Street, Suite 901
San Francisco, California 94104-4166
Tel: (415) 982-2600
Fax: (415) 358-4562
greenlaw700@gmail.com
gerilynngreen@gmail.com

Attorney for Defendant
MARTIN EUGENE ROBERTS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiffs,<br><br>v.<br><br>MARTIN EUGENE ROBERTS,<br><br>Defendant. | Case No. 4:06-cr-00189-SBA<br><br>**STIPULATION FOR CONTINUANCE OF DETENTION HEARING; (PROPOSED) ORDER** |

The parties, by and through their attorneys of record, hereby stipulate and ask that the Court find and order as follows:

1. Defendant MARTIN EUGENE ROBERTS is presently set for a detention hearing on Friday, June 22, 2012 at 9:30 a.m., before the Honorable Magistrate Judge Ryu.

2. The parties agree and request that the Detention Hearing presently set on June 22, 2012 be continued to Tuesday July 17, 2012 at 9:30 in order to allow defense counsel additional time to conduct necessary investigation. The assigned Probation Officer will be available on that date.

3. Since this matter concerns a detention hearing on a Supervised Release Violation,

cc: Copy to parties via ECF, Probation, 2 Certified Copies to US Marshal

time need not be excluded for purposes of the Speedy Trial Act.

Respectfully submitted and stipulated,

Dated: June 20, 2012:	Law Offices of Geri Lynn Green, LC


/s/ *Geri Lynn Green*
By: Geri Lynn Green
Attorney for Defendant
Martin Eugene Roberts

Dated: June 20, 2012

/s/
_____
Christina McCall
Assistant United States Attorney

# [~~PROPOSED~~] ORDER

FOR GOOD CAUSE SHOWN, IT IS SO FOUND AND ORDERED THAT:

1. A Detention Hearing is hereby scheduled for 9:30 a.m. on July 17, 2012 for defendant Martin Eugene Roberts.

2. The presently scheduled hearing for June 22, 2012 is vacated as to Martin Eugene Roberts.

IT IS SO ORDERED:

Dated: 6/21/2012

_____
HONORABLE DONNA RYU
UNITED STATES MAGISTRATE JUDGE