MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

RODNEY C. VILLAZOR (NYBN 4003596)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
Oakland, CA 94612
Telephone: (510) 637-3689
Fax: (510) 637-3724
E-mail: rodney.villazor@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND BRANCH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00189 SBA |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND |
| ) | ORDER TO SET FINAL DISPOSITION |
| ) | AND SENTENCING OF |
| MARTIN ROBERTS, ) | SUPERVISED RELEASE VIOLATION |
| ) | ON DECEMBER 14, 2012 |
| ) | |
| Defendant. ) | |
| ) | |

    The above-captioned matter was previously set on November 28, 2012 before U.S. Senior District Judge Saundra Brown Armstrong for a violation of supervised release hearing. The parties request that this Court set this matter for final disposition and sentencing on December 14, 2012 at 3:00 p.m. Such continuance is required because defense counsel is no longer available the week of November 26, 2012.

//

//

STIPULATION
CR 06-00189 SBA

1

As such, the parties respectfully request that the matter be set for December 14, 2012 at 3:00 p.m.

DATED: November 27, 2012  Respectfully submitted,

MELINDA HAAG
United States Attorney

*/s/ Rodney C. Villazor*
RODNEY C. VILLAZOR
Assistant United States Attorney

*/s/ Geri Lynn Green*
GERI LYNN GREEN
Attorney for Martin Roberts

## ORDER

Based on the reason provided in the stipulation of the parties above, IT IS HEREBY ORDERED THAT the hearing is continued until December 14, 2012 at 3:00 p.m. before the District Court.

**IT IS SO ORDERED.**

DATED:11/28/12

SAUNDRA BROWN ARMSTRONG
United States Senior District Judge

STIPULATION
CR 06-00189 SBA

2